IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE MOORE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-281 |
| | : | |
| LUIS GIORLA, et al. | : | |

## ORDER

AND NOW, this 21st day of December, 2015, upon careful and independent consideration of Petitioner Clarence Moore's pro se Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 11) is APPROVED and ADOPTED;

2. Moore's Petition for a Writ of Habeas Corpus (Document 1) is CONSTRUED as a petition filed pursuant to 28 U.S.C. § 2241 and is DISMISSED without prejudice for failure to exhaust state remedies;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on November 20, 2015, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. See Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). No objections have been filed to date.